UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| RENE THERRIEN, | ) |
| | ) |
| | ) |
| | )    2:25-cv-298-LEW |
| v. | ) |
| | ) |
| CUMBERLAND COUNTY JAIL et al., | ) |
| | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On July 9, 2025, the United States Magistrate Judge filed with the court, with a copy to the Plaintiff, his Recommended Decision (ECF No. 7) on Plaintiff's pro se Complaint (ECF No 1).  The time within which to file objections expired on July 30, 2025, and no objection and/or Amended Complaint has been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED (ECF No 7).  The case is dismissed.

**SO ORDERED.**

Dated this 11th day of August, 2025.

/s/ Lance E. Walker
Lance E. Walker
Chief U.S. District Judge